IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00299-BNB

ERIC MARSHALL,

Plaintiff,

v.

KEVIN L. MILYARD, Warden,
FLOYD A. WAID, West CC Manager,
M. NEGLEY, Captain/Shift Commander,
STEVEN BADE, Lieutenant,
JAMES FRYER, Correctional Officer, and
ANTHONY A. DeCESARO, Grievance Officer,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 8 2008

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 7th day of July, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00299-BNB

Eric Marshall
Prisoner No. 83492
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Eric Marshall
Prisoner No. 83492
Cheyenne Mtn. Re-Entry Center
2925 E. Las Vegas Street
Colorado Springs, CO 80906

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/8/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk