IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00299-WYD-BNB

ERIC MARSHALL,

Plaintiff,

v.

KEVIN MILYARD, Warden,
FLLOYD WAID, West CC Manager,
M. NEGLEY, Captain/Shift Commander,
STEVEN BADE, Lt.,
JAMES FRYER, Correctional Officer, and
ANTHONY DECESARO, Grievance Officer,

Defendants.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before me on the plaintiff's **Motion: Default Judgment Under Rule 55(e)** [Doc. # 26, filed 9/19/2008] (the "Motion"). I Respectfully RECOMMEND that the Motion be DENIED.

The plaintiff seeks default judgments against all of the defendants. A request for waiver of service was sent to the defendants on July 17, 2008 [Doc. #16]. Under Rule 12(a)(1)(A)(ii), Fed.R.Civ.P., the defendants had sixty days, or until September 15, 2008, to answer or otherwise respond to the complaint. The defendants filed motions to dismiss on September 15, 2008. Accordingly, the defendants are not in default.

I respectfully RECOMMEND that the Motion be DENIED.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated September 25, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge