IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00299-PAB-BNB

ERIC MARSHALL,

Plaintiff,

v.

KEVIN MILYARD, Warden,
FLOYD WADE, West CC Manager,
M. NEGLEY, Captain/Shift Commander,
STEVEN BADE, Lt.,
JAMES FRYER, Correctional Officer, and
ANTHONY DECESARO, Grievance Officer,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to File Amended Response to Plaintiff's Request for a Preliminary Injunction (Docket #57)** [docket no. 59, filed May 19, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and docket no. 60, the **Amended Response to Plaintiff's "Preliminary Injunction, Fed.R.Civ.P. 65(a)(b) (docket #50) and "Amend Preliminary Injunction Fed.R.Civ.P. 65(a) Docket #51)** is the correct response and not docket no. 57.

DATED: May 20, 2009