IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00299-PAB-BNB

ERIC MARSHALL,

Plaintiff,

v.

KEVIN MILYARD, Warden,
FLLOYD WAID, West CC Manager,
M. NEGLEY, Captain/Shift Commander,
STEVEN BADE, Lt.,
JAMES FRYER, Correctional Officer, and
ANTHONY DECESARO, Grievance Officer,

Defendants.

---

**ORDER**

---

This matter arises on a paper filed by the plaintiff entitled **Order to Show**

**Cause/Extension of Time** [Doc. # 64, filed 06/18/2009] (the "Motion").  The Motion is

DENIED.

The plaintiff asserts that on May 24, 2009, the defendants placed him under a procedure

called "Behavior Management Problem."  *Motion*, ¶ 1.  He states that he has been denied copies

of documents relevant to his placement in the program.  Id. at ¶ 2.  He requests that the court

order the defendants to produce all relevant documentation and show cause why he is being

subjected to various procedures.  Id. at ¶¶ 13-15.  He further requests an extension of time

because he "is not able to answer none [sic] of the motions or orders that has [sic] been filed."

Id. at ¶ 16.

The plaintiff's allegations regarding the "Behavior Management Problem" are not related

to the allegations of his Complaint.  Moreover, there are no pending motions or orders that

require further response from the plaintiff.

IT IS ORDERED that the Motion is DENIED.

Dated September 18, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge