IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00299-PAB-BNB

ERIC MARSHALL,

    Plaintiff,

v.

KEVIN MILYARD, Warden,
FLOYD WAID, West CC Manager,
M. NEGLEY, Captain/Shift Commander,
STEVEN BADE, Lt.,
JAMES FRYER, Correctional Officer, and
ANTHONY DECESARO, Grievance Officer,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court on defendants' motion to stay briefing schedule [Docket No. 114]. Defendants request that the Court stay its briefing schedule on plaintiff's retaliation claim given that defendants have filed a motion to dismiss. Defendants' motion to dismiss argues that this case should be dismissed in light of plaintiff's apparent abandonment of his claims in this case. The Court agrees with defendants that judicial economy favors resolution of defendants' motion to dismiss before continuing with briefing on plaintiff's retaliation claim. Accordingly, it is

**ORDERED** that Defendants' Motion to Stay Briefing Pending Resolution of Defendants' Motion to Dismiss for Failure to Comply with Local Rules and Court Orders Regarding the Filing Fee [Docket No. 114] is **GRANTED**. It is further

**ORDERED** that the briefing schedule is suspended until the Court rules on defendants' Motion to Dismiss for Failure to Comply with Local Rules and Court Orders Regarding the Filing Fee [Docket No. 113].

DATED April 21, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge